AO 106 (Rev. 04/10) Application for a Search Warrant          AUTHORIZED AND APPROVED/DATE: s/ Wilson D. McGarry 7/10/24

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No. M-24-556-STE
)
A black iPhone SE, model number MMY23LL/A, serial )
number F6N6PX243L, located at FBI Oklahoma City, )
3301 W. Memorial Road, Oklahoma City, OK 73134 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___Western___ District of ___Oklahoma___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a)&(d) | Armed Bank Robbery |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Kalli Wakefield, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: **Jul 11, 2024**

_____
Judge's signature

City and state: Oklahoma City, Oklahoma      SHON T. ERWIN, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Kalli Wakefield, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and have been so employed since September, 2022. I am currently assigned to the Violent Crime Squad of Oklahoma City Division of the FBI, and have been assigned to that squad for approximately three (3) months. As a Special Agent with the FBI, I am a law enforcement officer of the United States as defined by 18 U.S.C. § 2510(7), meaning that I am empowered by law to conduct investigations of and to make arrests for violations of Federal law, including violations of the Major Crimes Act (MCA). During my time as a Special Agent, I have participated in numerous criminal investigations as the primary investigator or in a backup capacity.

2. Further, I am a federal law enforcement officer who is engaged in enforcing the criminal laws of the United States, including 18 U.S.C. §§ 2113(a) & (d) and 922(g)(1). I am authorized to investigate violations of the laws of the United States, and to execute warrants issued under the authority of the United States.

3. This Affidavit is submitted in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant of the property specifically described in Attachment A for the items specified in Attachment B hereto. Based on the information set forth herein, I have probable cause to believe that contraband and evidence of a crime, fruits of a crime, and instrumentalities of violations of Title 18, United States Code, Sections 2113(a) & (d) and 922(g)(1) are located in or on the device: a black iPhone SE, model number MMY23LL/A, serial number F6N6PX243L (the "TARGET DEVICE"), which has an Apple

ID as Kirk Gray and a phone number of 405-219-4756. I submit this application and Affidavit in support of a search warrant authorizing a search of the TARGET DEVICE, as further described in Attachments A and B, which is located in the Western District of Oklahoma.

4. Located within the TARGET DEVICE to be searched, I seek to seize evidence, fruits, and instrumentalities of the foregoing criminal violations as further described in Attachment B hereto.

5. The statements contained in this affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested search warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish that evidence of a crime in violation of 18 U.S.C. § 2113(a) & (d) (Armed Bank Robbery) and 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm), is presently located in or on the TARGET DEVICE.

## BANK ROBBERY INVESTIGATION

1. On July 5, 2024, an unknown male subject entered the FNB Bank located within Harps Grocery Store at 20941 SE 29th Street, Harrah, Oklahoma at approximately 1531 hours.[1] The subject attempted to open the door to the bank managers office. The door was locked so the

---

[1] This FNB bank is located in the Western District of Oklahoma and its deposits were insured by the Federal Deposit Insurance Corporation (FDIC) on July 5, 2024.

subject walked to the counter where the tellers sat. The subject brandished a semi-automatic pistol, which appeared to be a black Glock pistol with a silver slide, and told the tellers to put the money in the bag. The subject handed the teller a white plastic bag with his left hand and held the pistol in his right hand. The subject kept telling the tellers to not press any buttons while pointing the gun at the tellers. The tellers put as much money into the bag as they could. Money from two (2) drawers was put in the bag. The robber collected the bag and departed the store with approximately $12,123 in U.S. currency. The subject wore a black mask, only exposing his eyes, during the robbery and was not wearing gloves. The subject was then seen departing in a white Hyundai Elantra bearing an Oklahoma license plate KVE 869.

2. The license plate indicated the vehicle was registered to a residence located at 17190 Becker Road, Newalla, Oklahoma. Shortly after the robbery, the Hyundai Elantra was found parked behind the house located at 17190 Becker Road, Newalla, Oklahoma by deputies with the Cleveland County Sheriff Department (CCSD).

3. When deputies with the CCSD arrived at the residence located at 17190 Becker Road, Newalla, Oklahoma, they observed a woman standing outside. This woman, later identified as Jennifer Campbell, was standing near a Chrysler 200 bearing an Arkansas license plate 548 TYG, that was parked in front of the residence.

4. A white GMC arrived at the property at approximately 1823 hours. The male in the GMC was identified as Byron Kirk Gray. His physical descriptors matched the descriptors provided for the bank robbery suspect. These descriptors were an African American male approximately six (6) feet tall. Gray was previously convicted of a felony in 1989 for which he served a term of imprisonment exceeding one year.

3

5. When securing a perimeter around the house, a law enforcement officer saw, in plain sight, clothing on the backseat of the Hyundai Elantra and in plain sight, a black semi-automatic pistol with a silver slide, believed to be the same pistol used in the robbery, on the driver's side seat of the Chrysler 200.

6. When Campbell was interviewed by law enforcement, she gave verbal consent for law enforcement to search her phone. Within the contents of her phone, law enforcement found contacts for Byron "Kirk" Gray (Byron), 405-219-8195, Bryan Mays, 479-561-9285, and Alston Taylor, 479-561-7738.

7. The text message application on Campbell's phone contained photos sent to her by Byron. The photos showed Byron holding rifles and handguns. The photos were taken in what Campbell identified as their bedroom at the residence located at 17190 Becker Road. In the photo, Byron can be seen in a white tank top, a black bandana on his head, and blue and white striped boxer-type shorts. These were the same clothes that Byron was wearing at the time that he was detained. The metadata on these photos indicated that they were taken at approximately 1:37 a.m. on July 5, 2024. Another photo, that was located within the photo application on Campbell's phone, showed a man that she identified as Alston wearing a straw hat, a white tank top, and gray pants with a semi-automatic pistol on his right hip. The pistol that is seen in the photo of Alston appears to be the same type of weapon used in the robbery at the bank and the same pistol that was seen on the driver's seat of the Chrysler 200. After observing these images, law enforcement seized the TARGET DEVICE, which was in Gray's possession.

8. Based on my training and experience, I know that bank robbers and other criminals often leave or store evidence of the crime on their devices including photographs, text message conversations, phone call logs, and other applications that were accessed before, during, and after

the time of the crime. When the TARGET DEVICE was provided to law enforcement, it was stored in a manner in which to preserve evidence on the TARGET DEVICE and has been stored at the FBI Oklahoma City Field Office since being given to law enforcement. As such, I believe that the aforementioned types of evidence are still contained within the TARGET DEVICE.

## CONCLUSION

9. Based on the foregoing, there is probable cause to believe that the federal criminal crimes of armed bank robbery and felon in possession of a firearm have been committed in violation of 18 U.S.C. § 2113(a) & (d) and 922(g)(1), and that the contraband, property, evidence, fruits and instrumentalities of these offenses, more fully described in Attachment B of this Affidavit, are located on or within the TARGET DEVICE, described in Attachment A. I respectfully request that this Court issue a search warrant for the TARGET DEVICE, authorizing the search and the seizure of the items described in Attachment B.

Respectfully submitted,

Kalli Wakefield
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on ___July 11___, 2024.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

5

## ATTACHMENT A

## **PROPERTY TO BE SEARCHED**

This warrant seeks to search an iPhone SE, model number MMY23LL/A, serial number F6N6PX243L, with assigned phone number 405-219-4756.

## ATTACHMENT B

## **LIST OF ITEMS TO BE SEIZED**

1. Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes) pertaining to 18 U.S.C. §§ 2113(a) & (d) (armed bank robbery) and 922(g)(1) (felon in possession of a firearm).

3. Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the operator of the device or by other means for the purpose of committing a violation of 18 U.S.C. §§ 2113(a) & (d) (armed bank robbery) and 922(g)(1) (felon in possession of a firearm).

4. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes), identifying persons involved with violations of 18 U.S.C. §§ 2113(a) & (d) (armed bank robbery) and 922(g)(1) (felon in possession of a firearm).

5. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, other digital data files and web cache information) concerning violations of 18 U.S.C. §§ 2113(a) & (d) (armed bank robbery) and 922(g)(1) (felon in possession of a firearm).

6. Any and all visual depictions of firearms and ammunition, including photographic and video depictions.

7. Any and all visual depictions of money, U.S. currency, banded bills, including photographic and video depictions.